IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-23543-CIV-JORDAN/McALILEY

QUITO ENTERPRISES, LLC,

    Plaintiff,

v.

NETFLIX, INC., et al.,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION OF PLAINTIFF AND DEFENDANT NETFLIX, INC. TO BRING ELECTRONIC EQUIPMENT TO COURT FOR THE HEARING SET FOR AUGUST 28, 2009

This Cause came before the Court on the Joint Motion of Plaintiff, Quito Enterprises, LLC ("Plaintiff") and Defendant Netflix, Inc. ("Netflix"), for Leave to Bring Electronic Equipment into the Courthouse for the hearing set before this Court on August 28, 2009 ("Joint Motion"). [D.E. 161] The Court has considered the Joint Motion and being otherwise duly advised, it is hereby

ORDERED AND ADJUDGED that the Joint Motion is hereby Granted. Counsel for Plaintiff, Netflix and their assistants, shall be permitted to bring laptop computers, and any other necessary electronic accessories for the laptop computers such as power cords and computer cables into the Courthouse for the presentation at the hearing before this Court on August 28, 2009.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida this 24th day of August 2009.

                                            _____
                                            ADALBERTO JORDAN
                                            UNITED STATES DISTRICT JUDGE

cc: Counsel of Record