UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-23543-CIV-JORDAN

| | |
|---|---|
| QUITO ENTERPRISES, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) |
| VEOH NETWORKS, INC. and LAST.FM, LTD, | ) |
| Defendants. | ) |

**ORDER DISMISSING CASE AGAINST VEOH, INC. WITH PREJUDICE, DISMISSING CASE AGAINST LAST.FM, LTD. WITHOUT PREJUDICE, AND CLOSING CASE**

In light of Quito Enterprises, LLC's and Veoh's stipulation and joint motion to dismiss [D.E. 233], this action against Veoh is DISMISSED WITH PREJUDICE and all counterclaims asserted by Veoh against Quito [D.E. 91, 180] are DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.

If the parties intend to request that the Court retain jurisdiction to enforce any settlement agreement, a copy of the agreement must also be filed with the clerk in the public record. If the settlement agreement contains confidential or proprietary information that the parties wish to redact, a redacted copy of the agreement must be filed in the public record. In that case, the parties must submit an unredacted copy of the agreement to chambers for *in camera* review.

The sole remaining defendant in this case, Last.FM, Ltd., has never been served. The amended complaint was filed on August 18, 2009. Quito, therefore, was required to serve Last.FM by December 16, 2009. *See* Fed. R. Civ. P. 4(m). As of today, Quito has not filed any proof of service and Last.FM has not entered any appearance. Accordingly, this action against Last.FM is DISMISSED WITHOUT PREJUDICE.

Any and all motions are DENIED AS MOOT. This case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 10th day of May, 2010.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record